# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-3310
_____

Jesse Claude Tiedeman

*Plaintiff - Appellant*

v.

Douglas L. Weber, Director of Prison Operations at South Dakota State
Penitentiary; Troy Ponto, Assoc. Warden; Clifton Fantroy, Unit Manager; Jennie
Peterson, Unit Coordinator; Heather Veld, Case Manager; Linda Miller-Hunhoff,
Mailroom Supervisor; Kayla Stekelberg, Unit Coordinator; Mike Holmes, License
Plates Supervisor; Steve Linniweber, Corrections Officer; Thomas Linniweber,
Corrections Officer

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of South Dakota - Sioux Falls
_____

Submitted: June 16, 2015
Filed: June 23, 2015
[Unpublished]
_____

Before SHEPHERD, BYE, and KELLY, Circuit Judges.
_____

PER CURIAM.

Jesse Tiedeman appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action asserting access-to-courts and conspiracy claims. Upon careful de novo review, see Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (standard of review), we conclude that the district court's summary judgment decision was proper, see Hartsfield v. Nichols, 511 F.3d 826, 831-32 (8th Cir. 2008) (access-to-courts claim must be supported by showing of actual injury; discussing actual-injury requirement); see also Burton v. St. Louis Bd. of Police Comm'rs, 731 F.3d 784, 798 (8th Cir. 2013) (plaintiff alleging conspiracy under § 1983 must show that he was deprived of constitutional right or privilege). In addition, we decline to consider claims that Tiedeman has asserted for the first time on appeal. See Topchian v. JPMorgan Chase Bank, N.A., 760 F.3d 843, 849 (8th Cir. 2014) (appellate court does not address legal or factual claims presented for first time on appeal).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.

-2-